UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
WILLIAMS, ROBERT, III  Case No. 09-78210
Chapter 7

_____Debtor._____/

TRUSTEE'S REPORT OF UNDISCLOSED ASSETS

Pursuant to E.D. Mich. LBR 2015, the trustee hereby reports that the trustee discovered the following assets after the debtor testified at the meeting of creditors that the schedules are accurate:

2009 state and federal tax refunds in the amount of approximately $11,000.00 due to Debtor and non-filing spouse. Amended schedules anticipated.

This report is for informational purposes only. No response is permitted.

/s/ Timothy J. Miller, trustee
Timothy J. Miller, Trustee (P36951)
Schneider Miller, P.C.
64541 Van Dyke Suite 101B
Washington, MI 48095
(586) 281-3764
tmiller@schneidermiller.com

Date: March 30, 2010