# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:

**Robert Williams, III,**

Debtor.

_____/

In Bankruptcy

Chapter 7
Case No. 09-78210-WSD
Hon. Walter Shapero

## STIPULATION TO ORDER RESOLVING TRUSTEE'S CLAIM TO TAX REFUNDS

The above-named Debtor and Timothy J. Miller, the Trustee, have stipulated to resolve the Trustee's Claim to Tax Refunds. The Debtor failed to disclose entitlement to tax refunds for 2009. The Trustee expended time and effort to recover such refunds for the estate's benefit. The Debtor amended his schedule of exemptions to protect such refunds from administration. The Debtor recognizes that the Trustee should be compensated for the time and effort expended in recovery of the refunds. Therefore,

IT IS STIPULATED that the Debtor pay to Timothy J. Miller $500.00 (receipt acknowledged) and that the estate waives clams to said refunds.

Stipulated and approved for entry:

Date: April 29, 2010

/s/Timothy J. Miller
Timothy J. Miller, Trustee (P36951)
Schneider Miller, P.C.
64541 Van Dyke, Suite 101-B
Washington Twp., MI 48095
Phone: 586-281-3764
Fax: 586-281-3770
tmiller@schneidermiller.com

Date: April 29, 2010

/s/ John R. Bailey
John R. Bailey (P43677)
Attorney for the Debtor
3150 Packard Road
Ypsilanti, MI 48197
Phone: 734-485-3232
Fax: 734-434-3989
jrbaileyatlaw@yahoo.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In the Matter of:

    In Bankruptcy

**Robert Williams, III,**

    Chapter 7
    Case No. 09-78210-WSD

Debtor.    Hon. Walter Shapero

_____/

**[PROPOSED]
ORDER UPON STIPULATION
RESOLVING TRUSTEE'S CLAIM TO TAX REFUNDS**

The Trustee, Timothy J. Miller, and the Debtor, Robert Williams, III, have stipulated to entry of this order. The court being so advised,

**IT IS HEREBY ORDERED** that the Debtor pay costs in the amount of $500.00 to the Trustee, and that the Trustee and the estate waive claims to the Debtor's 2009 state and federal tax refunds.